## SHORT et al. v. UNITED STATES.
### No. 3569.

Circuit Court of Appeals, Fourth Circuit.
April 3, 1934.

James N. Garrett and Lester S. Parsons, both of Norfolk, Va. (James M. Wolcott and Venable, Miller, Pilcher & Parsons, all of Norfolk, Va., on the brief), for appellants.

H. M. Woodward, Asst. U. S. Atty., and Paul W. Kear, Sp. Asst. to U. S. Atty., both of Norfolk, Va. (Sterling Hutcheson, U. S. Atty., of Boydton, Va., on the brief), for the United States.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.
Appellants were indicted for conspiracy to violate the provisions of the National Pro-

hibition Act, and, from sentences imposed upon conviction, appealed to this court. The case was pending on appeal at the time of the ratification of the Twenty-First Amendment to the Constitution; and under the recent decision of the Supreme Court in United States v. Chambers and Gibson, 54 S. Ct. 434, 78 L. Ed. ——, 89 A. L. R. 1510, the judgment of the court below must be reversed, and the case remanded, with direction to dismiss.

Reversed.